**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

REGIONS BANK, an Alabama banking
corporation, as successor by merger to
AmSouth Bank,

                Plaintiff,

v.                                      Case No.  3:10-cv-646-J-99MMH-MCR

MOHAMAD R. SAMIIAN, individually,
BAHMAN VENUS, individually, HORMOZ
KHOSRAVI, individually, HOSSEIN
RAMEZANI, individually,

                Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant, Mohamad R. Samiian's Response to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Amended Complaint or Abate Proceedings (Dkt. No. 17; Reply) filed on September 3, 2010.

The Court notes that Local Rule 3.01(c), United States District Court, Middle District of Florida (Local Rule(s)), requires leave of the Court before a party may file a reply brief. See Local Rule 3.01(c).  Defendant Mohamad R. Samiian was not granted leave of the Court to file the Reply, and the Court does not find that a reply is warranted under these circumstances.

Accordingly, it is **ORDERED:**

Defendant, Mohamad R. Samiian's Response to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Amended Complaint or Abate Proceedings (Dkt. No. 17)

is **STRICKEN**, and the Clerk of the Court is directed to remove this document from the official court record.

    **DONE AND ORDERED** in Jacksonville, Florida, this 7th day of September, 2010.

                                                 **MARCIA MORALES HOWARD**
                                                 United States District Judge

ja

Copies to:
Counsel of Record