UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REGIONS BANK,

      Plaintiff,

v.                                       CASE NO.: 3:10-cv-00646-RBD-MCR

MOHAMAD R. SAMIIAN, et al.,

      Defendants.

_____/

## DEFENDANT, HOSSEIN RAMEZANI'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION FOR CONTINUING WRIT OF GARNISHMENT FOR SALARY OR WAGES OF HOSSEIN RAMEZANI

Defendant, Hossein Ramezani ("Dr. Ramezani"), by and through his undersigned counsel objects to the Motion for Continuing Writ of Garnishment for Salary or Wages of Hossein Ramezani, [Doc. No. 99] (the "Motion"), filed by Regions Bank and states:

1.    Plaintiff's Motion seeks a continuing writ of garnishment against Florida Heart Center, P.A. and Florida Heart Center, P.A., Hossein Ramezani (collectively, the "Proposed Garnishees") whom Plaintiff asserts have monies consisting of salary or wages owed to Dr. Ramezani.

2.    In fact, Dr. Ramezani does not receive any salary or wages from Proposed Garnishees.

3. Because Proposed Garnishees are not indebted to Dr. Ramezani by reason of salary or wages, no continuing writ of garnishment is appropriate. *Baker v. Storfer*, 51 So. 3d 652, 653 (Fla. 4th DCA 2011) (writ of garnishment to the judgment debtor's employer only appropriate where *salary or wages* are to be garnished to satisfy a judgment) (quoting § 77.0305, Fla. Stat.).

4. Dr. Ramezani does not waive any other available defenses or exemptions.

WHEREFORE, Defendant, Hossein Ramezani, respectfully requests that the Court enter an Order denying Plaintiff's Motion for Continuing Writ of Garnishment for Salary or Wages of Hossein Ramezani, and granting such other and further relief deemed just and proper.

MILAM HOWARD NICANDRI<br>
GILLAM & RENNER, P.A.<br><br>
By: _____<br>
Peter E. Nicandri<br>
Florida Bar No. 823090<br>
John C.W. Cherneski<br>
Florida Bar No. 85780<br>
14 East Bay Street<br>
Jacksonville, Florida 32202<br>
pnicandri@milamhoward.com<br>
gcoover@milamhoward.com<br>
jcherneski@milamhoward.com<br>
sjames@milamhoward.com<br>
Tel: (904) 357-3660<br>
Fax: (904) 357-3662<br><br>
Attorneys for Defendant, Hossein Ramezani

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.

_____
Attorney