## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank corporation, as successor by merger to AmSouth Bank,

        Plaintiff,

vs.                           Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

        Defendnats.
_____

### CONTINUING WRIT OF GARNISHMENT FOR SALARY OR WAGES OF HOSSEIN RAMEZANI

To the United States Marshall for the Middle District of Florida:

YOU ARE COMMANDED to summon the garnishee, FLORIDA HEART CENTER, P.A., HOSSEIN RAMEZANI, by serving its President, Vice President or any other officer authorized to accept service at, RAMEZANI, HOSSEIN, 1518 KINGSLEY AVE, ORANGE PARK, FL 32073, to serve an answer to this writ on Kyle Peters, Esq. at BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, plaintiff's attorney, whose address is 225 Water Street, Suite 1290, Jacksonville, FL 32202, phone number 904-665-3510, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, HOSSEIN RAMEZANI, for salary or wages at the time of service of this Writ through the time of the answer.

THE GARNISHEE SHALL REPORT in its answer the amount of the defendant's salary or wages and whether the defendant's earnings are paid weekly, bi-weekly, monthly, or otherwise. THE GARNISHEE SHALL DEDUCT AND RETAIN 25% of the "disposable earnings" from the defendant's salary or wages each pay period until the judgment in the amount of $2,572,054.17 is satisfied or until otherwise provided by court order or statutory law. The Garnishee shall be reimbursed for administrative costs and may collect up to $5.00 against the defendant's salary or wages for the first deduction and up to $2.00 for each deduction thereafter.

FAILURE TO FILE AN ANSWER within the time required may cause a default and judgment to be entered against the Garnishee for the amount remaining unpaid on the judgment against the original defendant with interest and costs.

DATED this 10 day of November, 2016.

Sheryl L. Loesch
Clerk of the Court

By: _____
Deputy Clerk

# NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND

REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (Check either a. or b. below, if applicable.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Reemployment assistance or unemployment compensation.

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10. Disability income benefits.

_____ 11. Prepaid College Trust Fund or Medical Savings Account.

_____ 12. Other exemptions as provided by law.

_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that The statements made in this request are true to the best of my knowledge and belief.

Defendant's signature

_____

Date _____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of (month and year), by (name of person making statement)

Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____