# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

       Plaintiff,

vs.                            Case No. 3:10-cv-646-J-32MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

       Defendnats.
_____

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that a copy of the following documents has been served on Defendant, HOSSEIN RAMEZANI, herewith:

(check all that apply)

- ✓ Continuing Writ of Garnishment
- ✓ Motion for Writ of Garnishment
- ✓ Writ of Garnishment
- ✓ Motion for Continuing Writ of Garnishment

- ✓ Notice to Defendant of Right Against Garnishment of Wages, Money and Other Property (Defendant is an individual)

       Dated this 9th day of December, 2016.

                         **BAKER, DONELSON, BEARMAN,**
                         **CALDWELL & BERKOWITZ, PC**
                         225 Water Street, Suite 1290
                         Jacksonville, FL 32202
                         Telephone: (904) 665-3510
                         Facsimile: (904) 339-9989
                         Counsel for Plaintiff

                       By:    /s/ Kyle Peters
                             Kyle Peters
                             Florida Bar No.: 91941
                             Primary: kpeters@bakerdonelson.com
                             Secondary: aprice@bakerdonelson.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.


By: /s/ Kyle Peters
Kyle Peters
Florida Bar No.: 91941

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

      Plaintiff,

vs.                            Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

      Defendnats.
_____

## MOTION FOR CONTINUING WRIT OF GARNISHMENT
## FOR SALARY OR WAGES OF HOSSEIN RAMEZANI

COMES NOW, Plaintiff, REGIONS BANK, by and through its undersigned counsel, moves this Court for the issuance of a Continuing Writ of Garnishment, and as grounds says:

1. Plaintiff obtained a judgment against the Defendant, HOSSEIN RAMEZANI, in the United States District Court, Middle District of Florida and which was recorded in Book 3519, Page 289, in the official public records of St. Johns County, Florida. The total sum of the judgment entered against the Defendant was $2,572,054.17, with additional interest and legal expenses accruing; and there remains due and unpaid on said Judgment the sum of $2,572,054.17, plus interest and costs of this proceeding.

2. Plaintiff moves for a Continuing Writ of Garnishment to be issued pursuant to Fla. Stat. § 77.0305, against garnishee, FLORIDA HEART CENTER, P.A. and FLORIDA HEART CENTER, P.A., HOSSEIN RAMEZANI whom Plaintiff has reason to believe has in its hands, possession, or control, monies consisting of salary or wages owed and paid periodically to Defendant, HOSSEIN RAMEZANI.

3. Plaintiff's judgment against Defendant, HOSSEIN RAMEZANI, remains unsatisfied as of the filing of this motion.

4. Plaintiff does not believe that the Defendant, HOSSEIN RAMEZANI, has in his possession visible property on which a levy can be made sufficiently to satisfy the said Judgment.

WHEREFORE, Plaintiff respectfully requests the Court enter its Continuing Writ of Garnishment against FLORIDA HEART CENTER, P.A. and FLORIDA HEART CENTER, P.A., HOSSEIN RAMEZANI pursuant to Fla. Stat. § 77.0305, and grant such other and further relief as this Court deems just and appropriate under the circumstances.

Dated this 2nd day of August, 2016.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
225 Water Street, Suite 1290
Jacksonville, FL 32202
Telephone: (904) 665-3510
Facsimile: (904) 339-9989
Counsel for Plaintiff

By:      /s/ Kyle Peters
         Kyle Peters
         Florida Bar No.: 91941
         Primary: kpeters@bakerdonelson.com
         Secondary: aprice@bakerdonelson.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2nd, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.


By: <u>/s/ Kyle Peters</u>
Kyle Peters
Florida Bar No.: 91941

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

        Plaintiff,

vs.                                 Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

_____Defendnats._____

## CONTINUING WRIT OF GARNISHMENT FOR
## SALARY OR WAGES OF HOSSEIN RAMEZANI

To the United States Marshall for the Middle District of Florida:

YOU ARE COMMANDED to summon the garnishee, FLORIDA HEART CENTER, P.A., HOSSEIN RAMEZANI, by serving its President, Vice President or any other officer authorized to accept service at, RAMEZANI, HOSSEIN, 1518 KINGSLEY AVE, ORANGE PARK, FL 32073, to serve an answer to this writ on Kyle Peters, Esq. at BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, plaintiff's attorney, whose address is 225 Water Street, Suite 1290, Jacksonville, FL 32202, phone number 904-665-3510, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, HOSSEIN RAMEZANI, for salary or wages at the time of service of this Writ through the time of the answer.

THE GARNISHEE SHALL REPORT in its answer the amount of the defendant's salary or wages and whether the defendant's earnings are paid weekly, bi-weekly, monthly, or otherwise. THE GARNISHEE SHALL DEDUCT AND RETAIN 25% of the "disposable earnings" from the defendant's salary or wages each pay period until the judgment in the amount of $2,572,054.17 is satisfied or until otherwise provided by court order or statutory law. The Garnishee shall be reimbursed for administrative costs and may collect up to $5.00 against the defendant's salary or wages for the first deduction and up to $2.00 for each deduction thereafter.

FAILURE TO FILE AN ANSWER within the time required may cause a default and judgment to be entered against the Garnishee for the amount remaining unpaid on the judgment against the original defendant with interest and costs.

DATED this 10 day of November , 2016.

**Sheryl L. Loesch**
Clerk of the Court

By: _____
Deputy Clerk

## NOTICE TO DEFENDANT OF RIGHT AGAINST
## GARNISHMENT OF WAGES, MONEY,
## AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND

REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (Check either a. or b. below, if applicable.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Reemployment assistance or unemployment compensation.

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10. Disability income benefits.

_____ 11. Prepaid College Trust Fund or Medical Savings Account.

_____ 12. Other exemptions as provided by law.

_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that The statements made in this request are true to the best of my knowledge and belief.

Defendant's signature

_____

Date _____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of (month and year), by (name of person making statement)

Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

       Plaintiff,

vs.
                           Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

       Defendnats.
_____

## WRIT OF GARNISHMENT

To the United States Marshall for the Middle District of Florida:

YOU ARE COMMANDED to summon the garnishee, WELLS FARGO BANK, N.A., by
serving its Registered Agent, CORPORATION SERVICE COMPANY or any other officer
authorized to accept service at 1201 Hays Street, Tallahassee, FL 32301-2525, to serve an
answer to this writ on Kyle Peters, Esq. at BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC, plaintiff's attorney, whose address is 225 Water Street, Suite 1290,
Jacksonville, FL 32202, phone number 904-665-3510, within 20 days after service on the
garnishee, exclusive of the day of service, and to file the original with the clerk of this court
either before service on the attorney or immediately thereafter, stating whether the garnishee is
indebted to defendant, HOSSEIN RAMEZANI, at the time of the answer or was indebted at the
time of service of the writ, or at any time between such times, and in what sum and what tangible
and intangible personal property of the defendant the garnishee is in possession or control of at
the time of the answer or had at the time of service of this writ, or at any time between such
times, and whether the garnishee knows of any other person indebted to the defendant or who
may be in possession or control of any of the property of the defendant. The amount set in
plaintiff's motion is $2,572,054.17.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE
ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE AMOUNT.

DATED this 10 day of November , 2016.

                                  Clerk of the Court

                                  By: _____
                                        Deputy Clerk

## NOTICE TO DEFENDANT OF RIGHT AGAINST
## GARNISHMENT OF WAGES, MONEY,
## AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND

REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:


_____ 1. Head of family wages. (Check either a. or b. below, if applicable.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Reemployment assistance or unemployment compensation.

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10. Disability income benefits.

_____ 11. Prepaid College Trust Fund or Medical Savings Account.

_____ 12. Other exemptions as provided by law.

_____ (explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that The statements made in this request are true to the best of my knowledge and belief.

Defendant's signature


_____

Date _____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of (month and year), by (name of person making statement)

Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

   Plaintiff,

vs.            Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

     Defendnats.
_____

## CONTINUING WRIT OF GARNISHMENT
## FOR SALARY OR WAGES OF HOSSEIN RAMEZANI

To the United States Marshall for the Middle District of Florida:

YOU ARE COMMANDED to summon the garnishee, FLORIDA HEART CENTER, P.A., by
serving its President, Vice President or any other officer authorized to accept service at,
PRASAD CHALASANI M.D., 1900 NEBRASKA AVENUE, SUITE 9, FORT PIERCE, FL
34950, to serve an answer to this writ on Kyle Peters, Esq. at BAKER, DONELSON,
BEARMAN, CALDWELL & BERKOWITZ, PC, plaintiff's attorney, whose address is 225
Water Street, Suite 1290, Jacksonville, FL 32202, phone number 904-665-3510, within 20 days
after service on the garnishee, exclusive of the day of service, and to file the original with the
clerk of this court either before service on the attorney or immediately thereafter, stating whether
the garnishee is indebted to defendant, HOSSEIN RAMEZANI, for salary or wages at the time
of service of this Writ through the time of the answer.

THE GARNISHEE SHALL REPORT in its answer the amount of the defendant's salary or
wages and whether the defendant's earnings are paid weekly, bi-weekly, monthly, or otherwise.
THE GARNISHEE SHALL DEDUCT AND RETAIN 25% of the "disposable earnings" from
the defendant's salary or wages each pay period until the judgment in the amount of
$2,572,054.17 is satisfied or until otherwise provided by court order or statutory law. The
Garnishee shall be reimbursed for administrative costs and may collect up to $5.00 against the
defendant's salary or wages for the first deduction and up to $2.00 for each deduction thereafter.

FAILURE TO FILE AN ANSWER within the time required may cause a default and judgment to be entered against the Garnishee for the amount remaining unpaid on the judgment against the original defendant with interest and costs.

DATED this 10 day of November , 2016.

**Sheryl L. Loesch**
Clerk of the Court

By: _____
Deputy Clerk

## NOTICE TO DEFENDANT OF RIGHT AGAINST
## GARNISHMENT OF WAGES, MONEY,
## AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND

REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (Check either a. or b. below, if applicable.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Reemployment assistance or unemployment compensation.

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10. Disability income benefits.

_____ 11. Prepaid College Trust Fund or Medical Savings Account.

_____ 12. Other exemptions as provided by law.

_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that The statements made in this request are true to the best of my knowledge and belief.

Defendant's signature

_____

Date _____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of (month and year), by (name of person making statement)

Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

       Plaintiff,

vs.                              Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

_____Defendnats._____

## CONTINUING WRIT OF GARNISHMENT FOR
## SALARY OR WAGES OF HOSSEIN RAMEZANI

To the United States Marshall for the Middle District of Florida:

YOU ARE COMMANDED to summon the garnishee, FLORIDA HEART CENTER, P.A.,
HOSSEIN RAMEZANI, by serving its President, Vice President or any other officer authorized
to accept service at, RAMEZANI, HOSSEIN, 1518 KINGSLEY AVE, ORANGE PARK, FL
32073, to serve an answer to this writ on Kyle Peters, Esq. at BAKER, DONELSON,
BEARMAN, CALDWELL & BERKOWITZ, PC, plaintiff's attorney, whose address is 225
Water Street, Suite 1290, Jacksonville, FL 32202, phone number 904-665-3510, within 20 days
after service on the garnishee, exclusive of the day of service, and to file the original with the
clerk of this court either before service on the attorney or immediately thereafter, stating whether
the garnishee is indebted to defendant, HOSSEIN RAMEZANI, for salary or wages at the time
of service of this Writ through the time of the answer.

THE GARNISHEE SHALL REPORT in its answer the amount of the defendant's salary or
wages and whether the defendant's earnings are paid weekly, bi-weekly, monthly, or otherwise.
THE GARNISHEE SHALL DEDUCT AND RETAIN 25% of the "disposable earnings" from
the defendant's salary or wages each pay period until the judgment in the amount of
$2,572,054.17 is satisfied or until otherwise provided by court order or statutory law. The
Garnishee shall be reimbursed for administrative costs and may collect up to $5.00 against the
defendant's salary or wages for the first deduction and up to $2.00 for each deduction thereafter.

FAILURE TO FILE AN ANSWER within the time required may cause a default and judgment to be entered against the Garnishee for the amount remaining unpaid on the judgment against the original defendant with interest and costs.

DATED this 10 day of November , 2016.

**Sheryl L. Loesch**
Clerk of the Court

By: _____
Deputy Clerk

## NOTICE TO DEFENDANT OF RIGHT AGAINST
## GARNISHMENT OF WAGES, MONEY,
## AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND

REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (Check either a. or b. below, if applicable.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Reemployment assistance or unemployment compensation.

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10. Disability income benefits.

_____ 11. Prepaid College Trust Fund or Medical Savings Account.

_____ 12. Other exemptions as provided by law.

_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that The statements made in this request are true to the best of my knowledge and belief.

Defendant's signature

_____

Date _____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of (month and year), by (name of person making statement)

Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

        Plaintiff,

vs.                              Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

        Defendnats.
_____

## MOTION FOR WRIT OF GARNISHMENT AGAINST
## ACCOUNT MAINTAINED BY HOSSEIN RAMEZANI

COMES NOW, Plaintiff, REGIONS BANK, by and through its undersigned counsel,
moves this Court for the issuance of a Writ of Garnishment, and as grounds says:

1.     Plaintiff obtained a judgment against the Defendant, HOSSEIN RAMEZANI, in
the United States District Court, Middle District of Florida and which was recorded in Book
3519, Page 289, in the official public records of St. Johns County, Florida. The total sum of the
judgment entered against the Defendant was $2,572,054.17, with additional interest and legal
expenses accruing; and there remains due and unpaid on said Judgment the sum of
$2,572,054.17, plus interest and costs of this proceeding.

2.     Plaintiff has learned that Defendant, HOSSEIN RAMEZANI, has an account with
Wells Fargo, which has a physical address located at 11025 Old St. Augustine Rd, Jacksonville,
FL 32257. Plaintiff hereby moves for a Writ of Garnishment to be issued against garnishee,
Wells Fargo.

3.      Plaintiff further believes that the Defendant, HOSSEIN RAMEZANI, regularly deposits monies into that account.

4.      Plaintiff's judgment against Defendant, HOSSEIN RAMEZANI, remains unsatisfied as of the filing of this motion.

5.      Plaintiff does not believe that the Defendant, HOSSEIN RAMEZANI, has in his possession visible property on which a levy can be made sufficiently to satisfy the said Judgment.

WHEREFORE, Plaintiff respectfully requests the Court enter its Writ of Garnishment against the account maintained by the Defendant, HOSSEIN RAMEZANI, with Wells Fargo, and grant such other and further relief as this Court deems just and appropriate under the circumstances.

Dated this 2nd day of August, 2016.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
225 Water Street, Suite 1290
Jacksonville, FL 32202
Telephone:  (904) 665-3510
Facsimile:  (904) 339-9989
Counsel for Plaintiff

By:      /s/ Kyle Peters
          Kyle Peters
          Florida Bar No.: 91941
          Primary: kpeters@bakerdonelson.com
          Secondary: aprice@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2nd, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.


By: /s/ Kyle Peters
Kyle Peters
Florida Bar No.: 91941

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

REGIONS BANK, an Alabama bank
corporation, as successor by merger to
AmSouth Bank,

       Plaintiff,

vs.                               Case No. 3:10-cv-646-J-37MCR

MOHAMMAD R. SAMIIAN, individually,
HORMOZ KHOSRAVI, individually, and
HOSSEIN RAMEZANI, individually,

       Defendnats.
_____

## WRIT OF GARNISHMENT

To the United States Marshall for the Middle District of Florida:

YOU ARE COMMANDED to summon the garnishee, WELLS FARGO BANK, N.A., by
serving its Registered Agent, CORPORATION SERVICE COMPANY or any other officer
authorized to accept service at 1201 Hays Street, Tallahassee, FL 32301-2525, to serve an
answer to this writ on Kyle Peters, Esq. at BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC, plaintiff's attorney, whose address is 225 Water Street, Suite 1290,
Jacksonville, FL 32202, phone number 904-665-3510, within 20 days after service on the
garnishee, exclusive of the day of service, and to file the original with the clerk of this court
either before service on the attorney or immediately thereafter, stating whether the garnishee is
indebted to defendant, HOSSEIN RAMEZANI, at the time of the answer or was indebted at the
time of service of the writ, or at any time between such times, and in what sum and what tangible
and intangible personal property of the defendant the garnishee is in possession or control of at
the time of the answer or had at the time of service of this writ, or at any time between such
times, and whether the garnishee knows of any other person indebted to the defendant or who
may be in possession or control of any of the property of the defendant. The amount set in
plaintiff's motion is $2,572,054.17.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE
ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE AMOUNT.

DATED this 10 day of November , 2016.

                             Clerk of the Court

                             By: _____
                                  Deputy Clerk

NOTICE TO DEFENDANT OF RIGHT AGAINST
GARNISHMENT OF WAGES, MONEY,
AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND

REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:


_____ 1. Head of family wages. (Check either a. or b. below, if applicable.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Reemployment assistance or unemployment compensation.

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10. Disability income benefits.

_____ 11. Prepaid College Trust Fund or Medical Savings Account.

_____ 12. Other exemptions as provided by law.

_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that The statements made in this request are true to the best of my knowledge and belief.

Defendant's signature

_____

Date _____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of (month and year), by (name of person making statement)

Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____