UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| REGIONS BANK, N.A., an Alabama bank Corporation, as successor by merger to AmSouth Bank,<br><br>       Plaintiff,<br><br>v.<br><br>MOHAMMAD R. SAMILAN, individually, HORMOZ KHOSRAVI, individually, and HOSSEIN RAMEZANI, individually,<br><br>       Defendants<br><br>v.<br><br>FOLEY & LARDNER LLP,<br><br>       Garnishee. | Case No. 3:10-cv-646-J-37MCR |

## ANSWER OF GARNISHEE

Garnishee, Foley & Lardner LLP, ("Garnishee"), for its Answer to the Writ of Garnishment served upon it on December 7, 2016, by Plaintiff Regions Bank ("Plaintiff") herein says:

    1.    At the time of the service of this Answer, or at the time of the service of the Writ of Garnishment, or at any time between such times, Garnishee was not indebted to Defendant Mohammad R. Samilan ("Defendant"). As further explanation, while there is currently pending a suit by Defendant against Garnishee alleging legal malpractice, Case No. 16-2011-CA-008832-XXXX-MA, in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida (the "Lawsuit"), Garnishee denies any liability to Defendant in the Lawsuit and there has been no

determination of any liability of Garnishee or any damages awarded against Garnishee. Therefore, at this time, Garnishee is not indebted to Defendant, and does not anticipate owing any debt to Defendant in the future.

2. At the time of the service of this Answer, or at the time of the service of the Writ of Garnishment, or at any time between such times, Garnishee did not have any tangible or intangible personal property of Defendant in its possession or control, which is subject to the Writ of Garnishment.

3. At the time of the service of this Answer, or at the time of the service of the Writ of Garnishment, or at any time between such times, Garnishee knows of no other person indebted to Defendant, or who may have tangible or intangible property of Defendant in his, her or its possession or control.

WHEREFORE, Garnishee requests that the Writ of Garnishment be dissolved, and that Garnishee be reimbursed its attorney's fees allowed by § 77.28, Florida Statutes, and requests the Clerk of the Court to remit the $100 deposit to the Garnishee's undersigned attorneys, together with such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

4852-6687-4941.1

*[signature]*
C. Ryan Maloney
FL Bar No. 0652903
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
Telephone: 904.359.2000
Facsimile: 904.359.8700
Email: cmaloney@foley.com

*Attorneys for Garnishee, Foley & Lardner LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kyle Peters
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
225 Water Street, Suite 1290
Jacksonville, FL 32202

*[signature]*
Attorney