UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REGIONS BANK,

       Plaintiff,

v.                                           Case No. 3:10-cv-646-J-37MCR

MOHAMAD R. SAMIIAN, et al.,

       Defendants,
and

FLORIDA HEART CENTER, P.A.,
HOSSEIN RAMEZANI

       Garnishee.
_____/

**ANSWER OF GARNISHEE, FLORIDA HEART
CENTER, P.A., HOSSEIN RAMEZANI**

       Garnishee, Florida Heart Center, P.A., Hossein Ramezani a/k/a Florida Heart Center, P.A. ("Garnishee"), by and through its undersigned counsel, files this Answer to the Continuing Writ of Garnishment Against Salary or Wages (the "Writ of Garnishment"), and states as follows:

       1.     Garnishee was served with a Writ of Garnishment directed to Florida Heart Center, P.A. ("FHC") c/o Prashad Chalasani M.D., 1900 Nebraska Avenue, Suite 9, Fort Pierce, Florida 34950 on December 6, 2016 which.

       2.     The Writ of Garnishment served on Garnishee, but directed to FHC, appears to be the writ of garnishment issued by the Clerk on November 10, 2016. (See Doc. No. 133). While Garnishee is sometimes referred to as simply "Florida Heart Center, P.A.", the entity registered with the Florida Department of State by that name is an entirely different and unaffiliated entity

from Garnishee. Accordingly, Garnishee has reason to believe that the Writ of Garnishment that was issued by the Clerk for FHC was inadvertently served on Garnishee. <u>Compare</u> Doc. No. 133 <u>with</u> Doc. No. 134.

3. Notwithstanding this, to the best of Garnishee's knowledge, Defendant, Hossein Ramezani ("Defendant"), is not owed any wages or salary by FHC. Further, upon information and belief, Defendant has never been employed by FHC.

4. Furthermore, to the extent that service of a properly issued writ of garnishment was effectuated on Garnishee, at the time of service of the Writ of Garnishment and at all times subsequent to such service, up to and including the time of this Answer, Garnishee was not indebted to Defendant by reason of wages or salary and has not had any goods, monies, chattels or effects of Defendant in its possession, custody or control.

5. Pursuant to § 77.28, Fla. Stat., Garnishee demands $100.00 for costs and fees for responding to the Writ.

6. Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award of fees as provided for in § 77.28, Fla. Stat.

WHEREFORE, Garnishee, Florida Heart Center, P.A., Hossein Ramezani, respectfully requests that the Court enter an Order awarding Garnishee the amount deposited with the Court as fees and dissolving the Writ herein, and for such other further relief as the Court deems just and proper.

                        BRENNAN, MANNA & DIAMOND, P.L.

                        By:   */s/ Joshua R. La Bouef*
                             Joshua R. La Bouef
                             Fla. Bar No. 0044400
                             Darren C. Jones

                                            Fla. Bar No. 0099478
                                            800 West Monroe Street
                                            Jacksonville, Florida  32202
                                            (904) 366-1500
                                            (904) 366-1501 (facsimile)
                                            Primary email: jrlabouef@bmdpl.com
                                            Primary email: dcjones@bmdpl.com
                                            Secondary email: jdejager@bmdpl.com
                                            Secondary email: aecrupe@bmdpl.com

                                            *Attorneys for Garnishee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>22nd</u> day of December, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.

<u>    /s/ *Joshua R. La Bouef*    </u>
Attorney
